IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRANK W. GRUBE, JR. <br> AND <br> JUDITH ANNE GRUBE, His Wife | * <br> * <br> * <br> * | |
| Plaintiffs | * <br> * | BML NO. 4 |
| vs. | * <br> * | CIVIL ACTION NO. <br> HAR-90-2191 |
| FLINTKOTE COMPANY, et al. | * <br> * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

AND NOW THIS 27th day of August, 2001, upon consideration of Plaintiff's Motion, it is

ORDERED that the Plaintiff be granted leave to file an Amended Complaint.

_____
United States District Judge

Charles R. Weiner